# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

       v.                                                                                            Crim. No. 5:11-MJ-1834-1

ERNESTO CHEVRES SANTIAGO

     On Tuesday, January 10, 2012, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                  Respectfully submitted,

/s/ Robert K. Britt                                          /s/ Keith W. Lawrence  
Robert K. Britt                                                     Keith W. Lawrence  
Senior U.S. Probation Officer                            U.S. Probation Officer

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

     Dated this \_\_\_\_27th\_\_\_\_ day of _____June_____, 2012.

                                                                      James E. Gates  
                                                                      United States Magistrate Judge